# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JENNIFER SHELLAHANNER,

       Plaintiff,

v.                                CASE NO. 4:05cv56-RH/WCS

AFNI, INC.,

       Defendant.

_____/

## ORDER EXTENDING DISCOVERY DEADLINE

Defendant's unopposed motion to extend the discovery deadline (document 18) is GRANTED. The discovery deadline is extended to June 30, 2005. The deadline for filing potentially dispositive motions remains July 5, 2005. The deadline for commencing mediation is extended to July 6, 2005. The deadline for completing mediation remains July 12, 2005.

SO ORDERED this 9th day of June, 2005.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge