# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JENNIFER SHELLAHANNER,

    Plaintiff,

v.                                        CASE NO. 4:05cv56-RH/WCS

AFNI, INC.,

    Defendant.

_____/

## ORDER FOR DISMISSAL

The parties having filed a stipulation for voluntary dismissal with prejudice (document 20), the clerk shall enter judgment stating, "This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)." The clerk shall close the file.

SO ORDERED this 6th day of July, 2005.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge